

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER

United States of America,

        Plaintiff(s),

v.

David Ruem,

        Defendant(s).

Case No. 1:13-cr-00136-AWI-BAM

FILED
APR 29 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

    I, Wayne C. Fricke, attorney for David Ruem, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

    My business address is:

| | |
|---|---|
| Firm Name: | Wayne C. Fricke, Hester Law Group, Inc., P.S. |
| Address: | 1008 South Yakima Avenue, Suite 302 |
| City: | Tacoma |
| State: | Washington   ZIP Code:   98405 |
| Voice Phone: | (253) 272-2157 |
| FAX Phone: | (253) 572-1441 |
| Internet E-mail: | wayne@hesterlawgroup.com |
| Additional E-mail: | sarah@hesterlawgroup.com |
| I reside in City: | Gig Harbor   State:  Washington |

    I was admitted to practice in the United States District Court in Washington on April 26, 1987. I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

    I have ☐ / have not ☑ concurrently or within the year preceding this application made

a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: Anthony Capozzi

Firm Name: Law Office of Anthony P. Capozzi

Address: 1233 W. Shaw Avenue,

Suite 102

City: Fresno

State: CA    ZIP Code: 93711

Voice Phone: ( 559 ) 221-0200

FAX Phone: ( 559 ) 221-7997

E-mail: anthony@capozzilawoffices.com

Dated: 4/24/13    Petitioner: _____
Wayne C. Fricke, WSBA #16550

**ORDER**

IT IS SO ORDERED.

Dated: 4-29-13    _____
JUDGE, U.S. DISTRICT COURT

# CERTIFICATE OF GOOD STANDING

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

I, William M. McCool, Clerk of the United States District Court for the Western District of Washington, Do Hereby Certify that **WAYNE CLARK FRICKE** was admitted to practice in said Court on **April 24, 1987** to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Tacoma, Washington on April 24, 2013.

William M. McCool
Clerk

By _____
Gayle M. Riekena, Deputy Clerk