

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiffs,

vs.

DAVID RUEM

    Defendant.

No CR-13-136-AWI

ORDER OF RELEASE

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH, under the conditions of release set by the District of Washington Court.

DATED: 5-28-13

ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1