BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00136 AWI/BAM |
| Plaintiff, | STIPULATION AND ORDER TO SET CHANGE OF PLEA HEARING |
| v. | DATE:  March 10, 2014 |
| DAVID RUEM, | TIME:  10:00 a.m. |
| Defendant. | JUDGE: Hon. Anthony W. Ishii |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. The parties have entered into a plea agreement. *See* ECF No. 201.

2. By this stipulation, the parties move to set a change of plea hearing for March 10, 2014, before the Honorable Anthony W. Ishii at 10:00 am.

Stipulation and [Proposed] Order Re:
Change of Plea Hearing

1

IT IS SO STIPULATED.

DATED:	February 19, 2014

	/s/ Grant B. Rabenn
	GRANT B. RABENN
	Assistant United States Attorney

DATED:	February 19, 2014

	/s/ Wayne C. Fricke
	WAYNE C. FRICKE
	Counsel for Defendant
	David Ruem

**O R D E R**

IT IS SO ORDERED.

Dated:  February 19, 2014	_____
	SENIOR  DISTRICT  JUDGE

Stipulation and [Proposed] Order Re:
Change of Plea Hearing

2