BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>             v.<br><br>DAVID RUEM,<br><br>                              Defendant. | CASE NO.  1:13-CR-00136 AWI<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCE HEARING |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Grant B. Rabenn, counsel for the United States, and Wayne C. Fricke, counsel for the defendant David Ruem, that the sentencing hearing currently set for June 2, 2014, shall be continued to June 16, 2014 at 10:00 a.m.

 ///

///

///

///

///

///

Stipulation to Continue
Sentencing Hearing and Order

1

Dated: May 22, 2014                                BENJAMIN B. WAGNER
                                                   United States Attorney


                                                   */s/ Grant B. Rabenn*
                                                   GRANT B. RABENN
                                                   Assistant United States Attorney



                                                   */s/ Wayne C. Fricke*
                                                   WAYNE C. FRICKE
                                                   Attorney for Defendant


                          **ORDER**

IT IS SO ORDERED.

Dated:  May 23, 2014                _____
                                    SENIOR DISTRICT JUDGE

Stipulation to Continue                    2
Sentencing Hearing and Order