BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the
  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:13-CR-00136 AWI |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCE HEARING |
| v. | |
| DAVID RUEM, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

counsel, Grant B. Rabenn, counsel for the United States, and  Wayne C. Fricke, counsel for the

defendant David Ruem, that the sentencing hearing currently set for  June 2, 2014, shall be continued to

June 16, 2014 at 10:00 a.m.

 ///

///

///

///

///

///

Stipulation to Continue
Sentencing Hearing and Order

1

1    Dated:  May 22, 2014                         BENJAMIN B. WAGNER
                                                  United States Attorney
2

3                                                 /s/ Grant B. Rabenn
                                                  GRANT B. RABENN
4                                                 Assistant United States Attorney

5

6                                                 /s/ Wayne C. Fricke
7                                                 WAYNE C. FRICKE
                                                  Attorney for Defendant
8

9

10                                       **ORDER**

11
     IT IS SO ORDERED.
12

13   Dated:   May 23, 2014

                                         SENIOR  DISTRICT  JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28